IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHNNIE L. BRUTON,

       Plaintiff,

vs.                                  CASE NO.: 1:06cv68-SPM/AK

GAINESVILLE HOTEL MANAGEMENT,
LLC., a Florida corporation d/b/a
PARAMOUNT PLAZA HOTEL & SUITES,

       Defendant.

_____/

## ORDER GRANTING MOTION TO RE-OPEN DISCOVERY
## AND TO AMEND EXHIBIT AND WITNESS LISTS

      This cause comes before the Court on Defendant's Emergency Motion to

Re-open Discovery, and for Leave to Include Additional Documents and

Witnesses on Defendant's Exhibit and Witness List for Limited Purpose of

Updating Plaintiff's Employment Status (doc. 65), Plaintiff's response (doc. 67),

and Defendant's rule 7.1(B) certification (doc. 79).

      In light of the updated discovery provided by Plaintiff, Defendant has

shown good cause for its motion.  Accordingly, it is

      ORDERED AND ADJUDGED:

      1.     Defendant's motion (doc. 65) is granted.

2.      Plaintiff and Defendant shall cooperate to ensure that a continuance of trial will not be necessary.

DONE AND ORDERED this 24th day of August, 2007.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge