IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHNNIE L. BRUTON,

    Plaintiff,

vs.                                CASE NO.: 1:06cv68-SPM/AK

GAINESVILLE HOTEL MANAGEMENT,
LLC., a Florida corporation d/b/a
PARAMOUNT PLAZA HOTEL & SUITES,

    Defendant.
_____/

## ORDER GRANTING MOTION TO START TRIAL ON TUESDAY

This cause comes before the Court on Plaintiff's Motion to Start Trial on Tuesday (doc. 73). Upon consideration, it is

ORDERED AND ADJUDGED:

1. Plaintiff's motion (doc. 73) is granted.

2. Trial will start at 8:30 a.m. on Tuesday, September 11, 2007, at the United States Courthouse in Gainesville, Florida.

3. This ruling is subject to reconsideration if, by the conclusion of the pretrial conference or any time prior to trial, it appears that trial cannot be concluded on or before Friday, September 14, 2007.

DONE AND ORDERED this 24th day of August, 2007.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge