IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHNNIE L. BRUTON,

    Plaintiff,

vs.                                              CASE NO.: 1:06cv68-SPM/AK

GAINESVILLE HOTEL MANAGEMENT,
LLC., a Florida corporation d/b/a
PARAMOUNT PLAZA HOTEL & SUITES,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon notification by counsel for Plaintiff that this case has settled, in accordance with Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    The telephonic pretrial conference is cancelled.

2.    Any pending motions are denied as moot.

3.    This case is dismissed with prejudice.

4.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 17th day of March, 2008.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge